# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINA

**MERCEDES SANDOVAL** individually, and
on behalf of others similarly situated,                     Case No.

      Plaintiff,                                                              Hon.:

**vs.**                                                                              Mag.:

**FANEUIL INC.**, a Virginia Company

        Defendant.

---

## CONSENT TO JOIN

I work or worked for Faneuil Inc. ("Defendant") as an hourly Customer Service Representative and worked uncompensated overtime.

I choose to participate in the above-captioned lawsuit to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal wage law.

I choose to be represented by the named Plaintiff and Ash Law, PLLC and Hooper Hathaway, P.C. (collectively "Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name:   Mercedes Sandoval

Signature:   *Mercedes Sandoval*

Date:   11/04/2024

6