# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINA

**MERCEDES SANDOVAL and
JONATHAN EMERSON** individually, and
on behalf of others similarly situated,

Case No.

Hon.:

    Plaintiffs,

Mag.:

**vs.**

**FANEUIL INC.**, a Virginia Company

      Defendant.

---

## **CONSENT TO JOIN**

    I work or worked for Faneuil Inc. ("Defendant") as an hourly Customer Service Representative and worked uncompensated overtime.

    I choose to participate in the above-captioned lawsuit to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal wage law.

    I choose to be represented by the named Plaintiffs and Ash Law, PLLC and Hooper Hathaway, P.C. (collectively "Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name:   Jonathan Emerson

Signature: _____

Date:   11/05/2024

6