# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

**MERCEDES SANDOVAL and**
**JONATHAN EMERSON,** individually, and
on behalf of others similarly situated,

Civil Action File No.

        Plaintiffs,

vs.

**FANEUIL, INC.**, a Virginia Corporation,

        Defendant.

---

## NOTICE OF RELATED CASE

Plaintiffs hereby notify the court of *Christina McCune, et al v. Faneuil Inc.*, Case No. 4:23-cv-00041 (E.D. Va. 2023), the Honorable Jamar K. Walker presiding, a related case which involved virtually identical claims against Defendant.

Dated: November 16, 2024      Respectfully submitted,

**THE ERLICH LAW OFFICE**

*/s/ Joshua Erlich*
Joshua Erlich, Esquire
(VA Bar No. 90394)
**THE ERLICH LAW OFFICE**
1550 Wilson Blvd #700
Arlington, Virginia
Phone: (703) 791-9087
jerlich@erlichlawoffice.com

**ASH LAW, PLLC**
Charles R. Ash, IV, Esquire (P73877)
(Pro Hac Vice *Forthcoming*)
43000 W. 9 Mile Rd., Ste. 301 PMB 2113
Novi, MI 48375

1

Phone: (734) 234-5583
cash@nationalwagelaw.com

**HOOPER HATHAWAY, P.C.**
Oscar Rodriguez, Esquire (P73413)
(Pro Hac Vice *Forthcoming*)
126 S. Main St.
Ann Arbor, MI 48104-1903
Phone: (734) 662-4426
orod@hooperhathaway.com

*Counsel for Plaintiffs and the*
*Putative Collective/Class Members*