**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **MERCEDES SANDOVAL and** | § | **CIVIL ACTION NO. 4:24-cv-00137-** |
| **JONATHAN EMERSON, individually and** | § | **RBS-LRL** |
| **behalf of others similarly situated,** | § | |
| **Plaintiffs,** | § | |
| | § | **JUDGE REBECCA B. SMITH** |
| **VERSUS** | § | |
| | § | **MAGISTRATE JUDGE LAWRENCE** |
| **FANEUIL, INC.** | § | **R. LEONARD** |
| **Defendant.** | § | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT**

---

NOW INTO COURT, through the undersigned counsel, comes Defendant, Faneuil, Inc. ("Faneuil" or "Defendant"), who appears solely for the purpose of requesting an extension of time to respond to the Complaint filed on behalf of Plaintiffs Mercedes Sandoval and Jonathan Emerson ("Plaintiff"). (Doc. No. 1.) On December 18, 2024, Conduent was served with Plaintiffs' Complaint thereby making Conduent's responsive pleadings due on or before January 8, 2025. Conduent now requests an additional thirty (30) days from the original deadline, or until February 7, 2025, to file responsive pleadings. Faneuil submits good cause exists for this motion for extension of time as Faneuil is continuing to investigate the Rule 23 class allegations contained in Plaintiff's Complaint.

Plaintiff has no objection to this brief extension of time and will not be prejudiced by this extension. This is Faneuil's first request for an extension of time.

Counsel for the Plaintiff, Charles Ash, was contacted by the undersigned counsel on January 6, 2025, and indicated Plaintiffs have no opposition to this motion for extension of time. Pursuant to Local Rules 7(E) & (J) because this request for an extension of time is unopposed, no

hearing is required on this motion.

WHEREFORE, Faneuil, Inc. prays that its motion for extension of time be granted and that Faneuil, Inc. be granted additional time up to and including February 24, 2025 to file responsive pleadings in this matter.

Dated: January 7, 2025

Respectfully submitted,

*/s/ Alexander C. Landin*
**ALEXANDER C. LANDIN** (VSB No. 99200)
The Kullman Firm, APLC
1100 Poydras Street, Ste. 1600
New Orleans, Louisiana  70163
Telephone:  (504)596-4195
Facsimile:  (504)596-4186
Email:  ACL@kullmanlaw.com

**Counsel for Defendant, Faneuil, Inc.**

4879-9287-1050, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of January 2025, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

/s/Alexander C. Landin
Alexander C. Landin

4879-9287-1050, v. 1