**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

**MERCEDES SANDOVAL and
JONATHAN EMERSON**,
individually, and on behalf of others
similarly situated,

Case 4:24-cv-137-RBS-LRL

      Plaintiffs,

vs.

**FANEUIL, INC.**, a Virginia Corporation,

      Defendant

## <u>JOINT STATUS REPORT</u>

Per the Court's Order issued February 25, 2025 (Dkt. 15), the Parties jointly file this status

report to confirm that they are scheduled to mediate this case on June 18, 2025.

*[Signatures of Counsel on the following page.]*

1

Respectfully submitted, on this 10th day of March, 2025,

**ASH LAW, PLLC**
*/s/  Charles R. Ash*
Charles R. Ash, IV (P73877) (*Admitted*)
43000 W 9 Mile Rd, Ste. 301 PMB 2113
Novi, MI 48375
Phone: (734) 234-5583
Email: cash@nationalwagelaw.com

**RODRIGUEZ LAW PLC**
Oscar Rodriguez (P73413) (*Admitted*)
402 W. Liberty St.
Ann Arbor, MI 48103
Phone: (734) 355-5666
Email:oscar@orodlaw.com

*Attorneys for Plaintiff*

*/s/ Alexander C. Landin*
Alexander C. Landin (Bar No. 99200)
Nicole S. Adler (*pro hac vice forthcoming*)
Benjamin P. Kahn (*pro hac vice forthcoming*)
**THE KULLMAN FIRM, P.L.C.**
1100 Poydras Street, Suite 1600
New Orleans, LA  70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
E-Mail:  acl@kullmanlaw.com
E-Mail:  nsa@kullmanlaw.com
E-mail:  bpk@kullmanlaw.com

*Attorneys for Defendant*