**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**MERCEDES SANDOVAL and**
**JONATHAN EMERSON,**                                           **Case 4:24-cv-137-RBS-LRL**
**individually, and on behalf of others**
**similarly situated,**

          **Plaintiffs,**
**vs.**

**FANEUIL, INC., a Virginia Corporation,**

          **Defendant**

**JOINT STATUS REPORT REGARDING THE PARTIES' MEDIATION PLAN**

On February 14, 2025, the Parties advised the Court of their intention to toll the FLSA statute of limitations and submit the case to mediation. ECF No. 13. The Court granted the Parties' request to toll the statute of limitations and stay deadlines until the time of mediation and further ordered the Parties to file a status report fourteen (14) days after the mediation. ECF No. 15. On March 10, 2025, the Parties reported that they had confirmed mediation for June 18, 2025. ECF No. 16. However, due to a scheduling conflict for Defendant and unforeseen delays in obtaining the employment documents and payroll data, the Parties were forced to reschedule the mediation to August 22, 2025.

On or before September 5, 2025, which is fourteen (14) days after the rescheduled mediation, the Parties will file a status report advising the Court of the outcome of the mediation and (if unsuccessful) advising the Court that Defendant shall file its responsive pleading twenty-one (21) days after the date of the mediation. Additionally, to avoid any prejudice to the putative FLSA collective's claims during the delay for the mediation, the Parties have agreed to continue the previous tolling agreement to the date of the rescheduled mediation.

Respectfully submitted, this 11th day of 2025.

/s/ Alexander C. Landin
Alexander C. Landin (Bar No. 99200)
Nicole S. Adler (*PHV motion forthcoming*)
Benjamin P. Kahn (*PHV motion forthcoming*)
**THE KULLMAN FIRM, P.L.C.**
1100 Poydras Street, Suite 1600
New Orleans, LA  70163
Telephone: (504) 524-4162
Acl@kullmanlaw.com
Nsa@kullmanlaw.com
Bpk@kullmanlaw.com

Charles R. Ash, IV (P73877) (*Admitted PHV*)
**ASH LAW, PLLC**
43000 W 9 Mile Rd, Ste. 301 PMB 2113
Novi, MI 48375
Telephone: (734) 234-5583
Cash@nationalwagelaw.com

Oscar Rodriguez (P73413) (*Admitted PHV*)
**RODRIGUEZ LAW PLC**
402 W. Liberty Street
Ann Arbor, MI 48103
Telephone: (734) 355-5666
Oscar@orodlaw.com

Josh Erlich (*Admitted*)
**THE ERLICH LAW OFFICE**
1550 Wilson Blvd, Suite 700
Arlington, VA 22209
Telephone: (703) 791-9087
Jerlich@erlichlawoffice.com

***Attorneys for Defendant***
