# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

**MERCEDES SANDOVAL and
JONATHAN EMERSON**,
individually, and on behalf of others
similarly situated,

Case 4:24-cv-137-RBS-LRL

> Plaintiffs,

vs.

**FANEUIL, INC.**, a Virginia Corporation,

> Defendant

## <u>DECLARATION OF NICOLE S. ADLER IN SUPPORT OF THE UNOPPOSED MOTION TO WITHDRAW THE KULLMAN FIRM AS COUNSEL OF RECORD FOR DEFENDANT FANEUIL, INC.</u>

Pursuant to 28 U.S.C. § 1746, I hereby state the following on personal knowledge:

1. My name is Nicole S. Adler. I am over the age of 21 and I am competent to testify to all the facts stated in this Declaration through personal knowledge or my review of records kept in the ordinary course of business.

2. I am a shareholder of The Kullman Firm and have represented Continuum Global Solutions, LLC ("Continuum") and its subsidiaries including Faneuil, Inc. since Continuum's inception in 2018.

3. James ("Jim") Hall has been Continuum's General Counsel throughout the entirety of my experience representing Continuum. He has participated in multiple mediations and settlement conferences and has the authority to speak for Continuum. He was our primary client

1

contact, and was the person who has been responsible for engaging The Kullman Firm to represent Continuum and its subsidiaries in litigation.

4. In the previous cases that I have handled for Continuum, I have worked with Nancy Dahlberg and Lisa Kojis, who are both in human resources, as the primary points of contact for information and document gathering. However, for this case, Mr. Hall indicated that he would provide any needed information and documents.

5. Attached to this declaration as Exhibits 1 through 7 are true and correct copies of emails that I have sent to or received from Mr. Hall. We are requesting for these attorney-client privileged emails to be filed under seal.

6. Attached to this declaration as Exhibit 8 is a printout of Mr. Hall's biography on the SkyView Capital website as of September 2, 2025, located at https://www.skyviewcapital.com/jim-hall.

7. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based on my personal knowledge and recollection.

EXECUTED on this 15 day of September, 2025,

Nicole S. Adler