EXHIBIT 7





# Jim Hall

## Executive Vice President & General Counsel



Jim Hall oversees all legal and regulatory responsibilities worldwide, including strategic legal consulting, practical business guidance, business structures, corporate governance, compliance, litigation, and drafting and negotiating agreements across international commercial transactions and acquisitions.

Jim has over 30 years of international legal experience across a diverse range of disciplines, in both private practice and in-house positions all over the world. Prior to joining Skyview, Jim

EXHIBIT 7



start-up company and saw it through a profitable divestiture. Jim first developed and honed his legal acumen at two of Scotland's top commercial law firms, where he represented pension funds, investment companies, and other large commercial property investors.

Jim holds a BSc degree in Biology and Chemistry from Davis & Elkins College and a JD from West Virginia University College of Law.



**2000 Avenue of the Stars | Suite 810N  | Los Angeles, CA 90067**

**P: 310-273-6000 | F: 310-273-6006 | info@skyviewcapital.com**

Team      Portfolio      News      Contact

in

© 2025 All Rights Reserved | Skyview Capital