MERCEDES SANDOVAL and
JONATHAN EMERSON,                                    Case 4:24-cv-137-RBS-LRL
individually, and on behalf of others
similarly situated,

        Plaintiffs,

vs.

FANEUIL, INC., a Virginia Corporation,

        Defendant

## DECLARATION OF SAMUEL ZURIK, III IN SUPPORT OF THE UNOPPOSED MOTION TO WITHDRAW THE KULLMAN FIRM AS COUNSEL OF RECORD FOR DEFENDANT FANEUIL, INC.

Pursuant to 28 U.S.C. § 1746, I hereby state the following on personal knowledge:

1.     My name is Samuel Zurik, III. I am over the age of 21 and I am competent to testify to all the facts stated in this Declaration through personal knowledge or my review of records kept in the ordinary course of business.

2.     I am a shareholder of The Kullman Firm and have represented Continuum Global Solutions, LLC ("Continuum") and its subsidiaries including Faneuil, Inc. since Continuum's inception in 2018.

3.     The most recent engagement letter between The Kullman Firm and Continuum is attached as Exhibit 1. Since The Kullman Firm began representing Continuum, we have handled several dozen matters for it and its subsidiaries.

1

4. Our firm is considering taking legal action against Continuum to recover unpaid fees.

5. Attached to this declaration are true and correct copies of emails that I have sent to or received from Mr. Hall. We are requesting for these attorney-client privileged emails to be filed under seal.

6. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based on my personal knowledge and recollection.

EXECUTED on this _15_ day of September, 2025,

Samuel Zurik, III