# The Kullman Firm

## A Professional Law Corporation

1100 Poydras Street•Suite 1600•New Orleans, LA 70163-1600•Telephone: (504) 524-4162

www.KullmanLaw.com

**SAMUEL ZURIK III**                                    **DIRECT LINE 504-596-4191**

December 7, 2018

***Via Email: essingej@pepperlaw.com***

Continuum Global Solutions, LLC
c/o James F. Hall
8th Floor North Tower, 2000 Avenue of the Stars
Los Angeles, CA 90067

Re:    Engagement Letter
          Continuum Global Solutions, LLC

Dear Mr. Hall:

We appreciate Continuum Global Solutions, LLC retaining The Kullman Firm for legal services. This letter is to clarify the terms and conditions for The Kullman Firm's services.

You have engaged The Kullman Firm to provide Continuum Global Solutions, LLC with employment relations/litigation representation, advice, and training. I will be the attorney primarily responsible for this representation. Our fees will be based on the billing rate for each attorney and legal assistant devoting time to this matter on a quarter hour basis. Our discounted hourly billing rates are:

        Samuel Zurik, III ███
        Stephen L. Scott ███
        Rachel E. Linzy ███
        Nicole S. Adler ███
        Jessica L. Marrero ███
        Associates ███

The Kullman Firm will invoice Continuum Global Solutions, LLC monthly for work performed and expenses recorded during the previous month. While no interest is charged, we hope to receive payment within 90 days of invoicing. Should you have any questions regarding our invoices or services, please do not hesitate to contact me at (504) 596-4191 or any attorney with whom you are working.

Continuum Global Solutions, LLC
c/o James F. Hall
December 7, 2018
Page 2


We understand that Continuum Global Solutions, LLC has retained Pepper Hamilton LLP to manage the services provided by The Kullman Firm. Accordingly, Pepper Hamilton LLP, and specifically, Matthew H. Adler and Jaclyn M. Essinger, will be the primary contacts for Continuum Global Solutions, LLC.

Once again, we appreciate this opportunity to work with you and your team. Please do not hesitate to call me if you have any questions or comments during the course of our representation.

Sincerely,

Samuel Zurik, III

Agreed and accepted:

By: _____
Continuum Global Solutions, LLC
By: James F. Hall, Executive Vice President & General Counsel

Date: _____5ᵗʰ FEB 2019_____