# EXHIBIT 1

**From:** Charles Ash
**To:** Nicole Seale Adler; Benjamin P. Kahn; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension
**Date:** Monday, June 2, 2025 12:17:00 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png

Thanks for the update, Nicole. I'm sorry to hear about your partner and hope he has a quick recovery.

Given the fact that the case has been stayed since February, we plan to file a status report with the Court on Friday (hopefully advising it of the new mediation date). Unless something has changed on your end regarding using Dennis Clifford, it looks like he has the following dates available in July: 1, 2, 3, 7, 8, 9, 17, 29.

Best,
Charles

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Monday, June 2, 2025 10:52 AM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

HI Charles,

My apologies again for the delay. As you know, I was waiting for the relationship partner to return from vacation. Unfortunately, the day after he returned, he had a pretty bad bicycle accident. I'm trying to loop up with him this week, but it's a bit of a moving target with recovery/doctor appointments. As soon as I loop up with him, I'll check his availability with the proposed mediators, as well as my clients and get back to you. If we need to discuss, just let me know.

Warmest Regards,

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Wednesday, May 28, 2025 2:49 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

<span style="color:red">*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***</span>

Nicole, following up on this again. Have you been able to connect with your client regarding a new date for mediation?

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Charles Ash
**Sent:** Thursday, May 22, 2025 10:12 AM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Sure, that works. I'll call you then.

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Thursday, May 22, 2025 9:58 AM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

Are available at 9:30 CT?

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Thursday, May 22, 2025 8:43 AM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

<span style="color:red">*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***</span>

Good morning, Nicole. Following up on this again. Please advise of Defendant's new proposed mediation dates or, if needed, a time for a phone call today. Thanks.

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Charles Ash
**Sent:** Wednesday, May 21, 2025 12:33 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

That works. I'm available any time tomorrow morning. Alternatively, I believe Dennis's calendar is on his website, so you could simply send us your proposed dates.

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Wednesday, May 21, 2025 12:13 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Charles,

Do you have availability tomorrow?

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Wednesday, May 21, 2025 10:13 AM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Nicole/Ben,

Just left you both voicemails. It's been over a week, and we have not heard anything from you. If we cannot reconnect soon, we're going to need to request a status conference.

Look forward to connecting with you soon.

Charles

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Charles Ash
**Sent:** Tuesday, May 20, 2025 3:12 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Nicole/Ben, following up on this. Please send us your proposed dates to reschedule the mediation with Dennis.

Charles

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Charles Ash
**Sent:** Wednesday, May 14, 2025 11:06 AM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Nicole, we are generally available today. What time works for you?

Thanks,
Charles

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Tuesday, May 13, 2025 2:53 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Good afternoon Charles,

My apologies, but we will need to reschedule the mediation. I'll reach out to the mediator with notification today. Let's find some time to discuss a new date.

Warmest Regards,

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**Kullman**
Next-Level Labor & Employment Lawyers

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Monday, April 21, 2025 5:55 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Sure.

In excel format, we need to be able to identify the following data points: hourly rates, hours worked, bonuses received, number of work weeks, number of overtime weeks, and the state the employee worked in. Similar to what was produced in the McCune case (see below).

| Anonymous ID | Date Hired | Date Re-Hired | Date Terminated | State | Week Ending Date | Days Worked | Hours Worked | Hourly Rate | Bonuses and Incentives Earned |
|---|---|---|---|---|---|---|---|---|---|
| 1234 | 9/25/2020 | | 8/27/2021 | FL | 10/3/2020 | 4 | 39.25 | $14.89 | $0.00 |
| 1234 | 9/25/2020 | | 8/27/2021 | FL | 10/10/2020 | 5 | 50.38 | $14.89 | $0.00 |

In addition to the data, we need the applicable training materials, performance metrics, employment policies (attendance, overtime, schedule adherence, etc.), and the employee files for the Named Plaintiffs.

Do you anticipate you can get this to us by the end of the month?

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Monday, April 21, 2025 5:05 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

Could you please remind me the exact data production you would like prior to mediation?

Warmest Regards,

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**Kullman**
Next-Level Labor & Employment Lawyers

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Monday, April 21, 2025 2:37 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; Nicole Seale Adler <nsa@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Ben, just checking in with you regarding the mediation document and data production. Do you expect to have that to us by the end of the month?

Thanks,
Charles

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Monday, March 10, 2025 3:11 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Charles Ash <cash@nationalwagelaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

Please see attached.  Let me know if ok to sign for you and file.

Thanks,
Ben

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Monday, March 10, 2025 2:08 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Thanks, Charles.  We actually had a status report prepared.  Ben can send it over to you to approve and file.

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**Kullman**
Next-Level Labor & Employment Lawyers

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Monday, March 10, 2025 2:06 PM
**To:** Nicole Seale Adler <nsa@kullmanlaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

**\*\*\* EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. \*\*\***

Hi, Nicole. Thanks for the information. I went ahead and locked in 6/18 at 9AM EST on his online calendar. You should be receiving an email shortly. We'll put together a supplemental status report to confirm that date with the Court by tomorrow's deadline.

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Nicole Seale Adler <nsa@kullmanlaw.com>
**Sent:** Monday, March 10, 2025 11:22 AM
**To:** Charles Ash <cash@nationalwagelaw.com>; Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

We are available for mediation on June 17, 18, or 19.  All these dates are open on the mediator's website.  Do any of these work for you?

Warmest Regards,

A.Nicole Adler, Esq.
Direct Dial: 504-596-4157
nsa@KullmanLaw.com

**Kullman**
Next-Level Labor & Employment Lawyers

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Thursday, February 27, 2025 8:40 AM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; oscar@orodlaw.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

**\*\*\* EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. \*\*\***

Morning, Ben. Looks like Judge Beach wants to keep the case. Have you had a chance to take a look at Dennis's calendar with your client for a mediation date? I've included a link below. We will need the relevant mediation documents and data at least 30 days prior to the mediation.

https://www.cliffordemploymentlaw.com/mediation/

**Charles Ash**
National Wage and Hour Law
Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Friday, February 14, 2025 4:39 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; orod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** Re: Sandoval v. Faneuil - confirmation of extension

Sounds good, thank you.

Get Outlook for iOS

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Friday, February 14, 2025 2:24:17 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; orod@hooperhathaway.com <orod@hooperhathaway.com>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

I will go ahead and get the motion to transfer on file and then we can wait a bit before filing the motion to stay.

Thanks,
Ben

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Friday, February 14, 2025 1:13 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; orod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** Re: Sandoval v. Faneuil - confirmation of extension

**\*\*\* EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. \*\*\***

These look good to me. You can file or we can later.

Get Outlook for iOS

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Friday, February 14, 2025 12:54:33 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; orod@hooperhathaway.com <orod@hooperhathaway.com>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

Please see the attached.

Thanks,
Ben

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Friday, February 14, 2025 11:35 AM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; orod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** Re: Sandoval v. Faneuil - confirmation of extension

**\*\*\* EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. \*\*\***

We can get something together, but it's not going to be until late afternoon/evening.

Get Outlook for iOS

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Friday, February 14, 2025 12:27:35 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; orod@hooperhathaway.com <orod@hooperhathaway.com>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** Re: Sandoval v. Faneuil - confirmation of extension

Ben, I am not in the office. Do you have a short motion to transfer to accompany this?

Get Outlook for iOS

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Friday, February 14, 2025 10:09:21 AM
**To:** Charles Ash <cash@nationalwagelaw.com>; prod@hooperhathaway.com <prod@hooperhathaway.com>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

We agree to transferring the case to Judge Walker prior to staying the deadlines to mediate. Attached is a revised motion regarding stay, with the edits we discuss included, and putting the tolling date at 2/7.

Thanks,
Ben

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Friday, February 7, 2025 1:51 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Sounds good, Ben. That all makes sense to me.

**Charles Ash**
National Wage and Hour Law, Attorney



Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 PMB 2113 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Friday, February 7, 2025 2:40 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

We are still waiting on a decision from our client on whether to transfer to Judge Walker. As we discussed, if we requested to stay prior to transferring, it might preclude transferring the case later. As such, would you be amenable to a one-week extension to file responsive pleadings – until February 14th? This would give us the opportunity to have a few days between filing the motion to transfer and the motion to stay.

I can also confirm that we have no issue putting the tolling language in the order itself (and it can be tolled as of today, regardless of actual filing date).

Thanks,
Ben

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Wednesday, February 5, 2025 11:26 AM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Ben, I am attaching a revised version of the Joint Motion to Stay to this email. We would like to provide a bit more structure to the plan for the Court, which you will see in the attached. Additionally, to avoid any prejudice to the putative FLSA collective's claims, the FLSA SOL should be tolled until the mediation. This is something we did in *McCune* as well.

On a related note, before we file this, I think we should also file a joint motion to transfer this case to Judge Walker's docket. He is obviously familiar with the claims being asserted, but assuming we can reach an agreement at mediation, he approved our last settlement without any issues. I suspect Faneuil will be interested in another exploring another claims-made settlement. If so, it is best that we have this case in front of Judge Walker. I would be happy to prepare this motion to transfer today.

In other words, the plan would be to file the motion to transfer, then immediately thereafter file the motion to stay. Judge Smith should immediately transfer the case to Walker, then he can enter the stay.

Let me know if you want to jump on a call to discuss.

Charles

**Charles Ash**
National Wage and Hour Law, Attorney



Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 PMB 2113 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Tuesday, February 4, 2025 5:31 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

Hi Charles,

I hope this finds you well. We have conferred with our client, who is interested in mediating the case with the same mediator as the *McCune* case. Attached for your review is a draft joint motion staying deadlines pending mediation.

Thanks,
Ben

**Benjamin P. Kahn**
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163-1600
T: 504-524-4162 | D: 504-596-4179
C: 404-861-4224 | F: 504-598-0004
BPK@kullmanlaw.com
www.KullmanLaw.com

**Kullman**
Next Level Labor & Employment Lawyers

This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save this communication or its attachments. If you have received this communication in error, please notify bpk@kullmanlaw.com immediately, and please delete this communication.

**From:** Charles Ash <cash@nationalwagelaw.com>
**Sent:** Tuesday, January 14, 2025 4:03 PM
**To:** Benjamin P. Kahn <bpk@kullmanlaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>
**Subject:** RE: Sandoval v. Faneuil - confirmation of extension

*** EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. ***

Ben, circling back on our call from last week. I also enjoyed speaking with you and look forward to working with you and your team on this case.

As I mentioned on our call, this case involves individuals that were excluded from the *McCune* settlement. As you get familiar with the facts, let us know whether Faneuil is interested in resubmitting this case to mediation with Dennis Clifford (or another mediator). If so, we'd be amenable to staying your responsive deadline until after the mediation.

Let us know if you'd like to jump on another call.

Best,
Charles

**Charles Ash**
National Wage and Hour Law, Attorney

Phone: 734-234-5583
43000 W. 9 Mile Rd. | Ste. 301 PMB 2113 | Novi, MI 48375
https://www.nationalwagelaw.com

**From:** Benjamin P. Kahn <bpk@kullmanlaw.com>
**Sent:** Monday, January 6, 2025 4:28 PM
**To:** Charles Ash <cash@nationalwagelaw.com>; prod@hooperhathaway.com; jerlich@erlichlawoffice.com
**Cc:** Nicole Seale Adler <nsa@kullmanlaw.com>; Alexander C. Landin <acl@kullmanlaw.com>

**Subject:** Sandoval v. Faneuil - confirmation of extension

Hi Charles,

It was nice to speak with you this afternoon.  We appreciate your agreeing to a 30-day extension for Faneuil to file responsive pleadings.  By our calendar, that puts the deadline on February 7, 2024.  We will file a motion to the court to that effect.

Thanks,
Ben

**Benjamin P. Kahn**
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163-1600
T: 504-524-4162 | D: 504-596-4179
C: 404-861-4224 | F: 504-598-0004
BPK@kullmanlaw.com
www.KullmanLaw.com


Next-Level Labor & Employment Lawyers

This communication is solely for the person to whom it is addressed.  It contains legally privileged and confidential information.  If you are not the intended recipient, you may not forward, disclose, copy, print, or save this communication or its attachments.  If you have received this communication in error, please notify bpk@kullmanlaw.com immediately, and please delete this communication.