# EXHIBIT 2



(https://www.continuumgbl.com)



# Continuum Global Solutions Expands Industry Portfolio with Acquisition of Faneuil, Inc.

May 5, 2025

**September 12, 2023** –**Continuum Global Solutions,** a global leader in the BPO industry and digital customer experience transformation (CX), is pleased to announce the acquisition of Faneuil, Inc, a business process outsourcing company specializing in Public Utilities, Government and Healthcare services. The acquisition of Faneuil adds to Continuum's growing industry vertical portfolio including Healthcare, Media & Telecom, and Public Sector.

As a result of this transaction, Michael Stann, Faneuil's COO, will remain with the business and will report to Michael Flodin, CEO of Continuum Global Solutions.

"The acquisition of Faneuil is another key step in our growth agenda," says Michael Flodin, CEO of Continuum Global Solutions. "Faneuil's experienced management team and focus on delivering exceptional service aligns with our strategy. Keeping the current team in place with the existing long-term clients along with our innovative service technology offerings align perfectly with our future vision of transforming customer experiences."

(https://www.continuumgbl.com)

"We're excited to join Continuum Global Solutions and add to an already robust industry portfolio and tech capabilities," says Michael Stann, COO of Faneuil. "This acquisition will add Utilities as an additional vertical offering along with additional Government and Healthcare clients – and a world-class team of customer service agents and tech support staff."

###

Continuum Global Solutions partners with top companies around the world to deliver customer care services through its global network of contact centers. Our global Fortune 500 clients rely on our vast expertise in customer care management to improve their customers' experience.

Continuum customer care and call center solutions leverage world-class voice, chat, email, and social technologies. More than 15,000 employees serve top-tier clients across multiple industry verticals.

**MEDIA CONTACT**

Rosalyn Russell
Director, Corporate Communications
Rosalyn.Russell@continuumgbl.com

## Share this post

  

(https://www.continuumgbl.com/how-an-c-to-further-enhance-customer-experience/)



3824 Cedar Springs Road, #801-1678
Dallas, TX 75219

 (https://www.linkedin.com/company/continuum-global-solutions/)

 (https://www.facebook.com/continuumgbl#)

(https://www.continuumgbl.com) Copyright ©2025 Continuum Global Solutions, LLC. All Rights Reserved.

Privacy Policy (/privacy-policy/) | Terms & Conditions (https://www.continuumgbl.com/wp-content/uploads/2025/05/General-Terms-of-Purchase.pdf)

# Skyview Capital Acquires Faneuil, LLC Through its Portfolio Company Continuum Global Solutions

NEWS PROVIDED BY

**Skyview Capital** ➙
Sep 12, 2023, 13:18 ET

LOS ANGELES, Sept. 12, 2023 /PRNewswire/ -- Skyview Capital, a global private investment firm, announced that it has acquired Faneuil, LLC, a leading business process outsourcing ("BPO") company specializing in customer experience and technical support services for Public Utilities, Government and Healthcare clients, through its portfolio company Continuum Global Solutions. Terms were not disclosed.

The strategic acquisition of Faneuil bolsters Continuum's expansion strategy and strengthens its position as a global leader in the BPO industry. Faneuil has a strong track record in delivering BPO solutions across a range of industries and shares Continuum's commitment to service quality, operational excellence, and technological innovation.

As part of the acquisition, Continuum has been working closely with Faneuil's leadership team and employees to ensure a smooth transition and integration process to realize synergies and continue the growth process for the combined company.

"The acquisition of Faneuil is another key step in our growth agenda," says Michael Flodin, CEO of Continuum Global Solutions. "Faneuil's experienced management team and focus on delivering exceptional service aligns with our strategy. Keeping the current team in place with the existing long-term clients, along with our innovative service technology offerings, align perfectly with our future vision of transforming customer experiences."

Skyview has been the owner and financial sponsor of Continuum Global Solutions since 2019 and has supported the company's various growth initiatives through strategic acquisitions and operational transformation. "We are very pleased to support Continuum's acquisition of Faneuil," said Naeem Arastu, Managing Director at Skyview. "This acquisition is a testament to Continuum's strong track record of growth and innovation."

**About Skyview Capital, LLC**

Skyview Capital is a global private investment firm which specializes in the acquisition and management of mission critical enterprises in the areas of technology, telecommunications, business services and manufacturing. For more information, please visit **www.skyviewcapital.com**.

**About Continuum Global Solutions, LLC**

Continuum Global Solutions partners with top companies around the world to deliver customer care services through its global network of contact centers. Continuum serves global Fortune 500 clients that rely on its vast expertise in customer care management to improve their customers' experience. Continuum customer care and call center solutions leverage world-class voice, chat, email, and social technologies. More than 13,000 employees serve top-tier clients across multiple industry verticals. Additional information on Continuum can be found on its website, **www.continuumgbl.com**.

Media Contact:

Skyview Capital LLC

Jeff White

Managing Director, Business Development

**jwhite@skyviewcapital.com**

310-273-6000

SOURCE Skyview Capital

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+** | **9k+** | **270k+** |
| Newsrooms & | Digital Media | Journalists |
| Influencers | Outlets | Opted In |