# EXHIBIT 3

# State Corporation Commission
# Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Faneuil, Inc. | Entity ID: | F1803867 |
| Entity Type: | Stock Corporation | Entity Status: | **Inactive** |
| Series LLC: | N/A | Reason for Status: | Automatically Revoked - Annual Report and/or Fees - Can Reinstate |
| Formation Date: | N/A | Status Date: | 01/31/2025 |
| VA Qualification Date: | 09/25/2009 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 09/30/2024 |
| Jurisdiction: | DE | Charter Fee: | $3950.00 |
| Registration Fee Due Date: | 09/30/2024 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA | | |
| Name: | CORPORATION SERVICE COMPANY | Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

Privacy Policy | Contact Us

3979, USA

## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Secretary | No | Brian Hartman | 2 Eaton St Ste 1002, Hampton, VA, 23669 - 3979, USA | 09/12/2022 |
| | Yes | Jess M Ravich | 2 Eaton St Ste 1002, Hampton, VA, 23669 - 3979, USA | 09/21/2021 |
| Chief Financial Officer | No | Joyce Ritzert | 2 Eaton St Ste 1002, Hampton, VA, 23669 - 3979, USA | 09/12/2022 |

## Current Shares

Total Shares: 1000000

Filing History        RA History        Name History        Previous Registrations

Garnishment Designees        Image Request

Back        Return to Search        Return to Results

Back to Login

Privacy Policy        |        Contact Us

# State Corporation Commission
# Clerk's Information System

Privacy Policy    |    Contact Us