UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JONATHAN EMERSON, individually, and
on behalf of others similarly situated,

      Plaintiff,

v.                                      CIVIL NO. 4:24-cv-137

FANEUIL, INC.,
formerly a Virginia Corporation,

SKYVIEW CAPITAL GROUP MANAGEMENT, LLC,
a Delaware Limited Liability Company,

SKYVIEW CAPITAL, LLC,
a Delaware Limited Liability Company,

and

CONTINUUM GLOBAL SOLUTIONS, LLC,
a Texas Limited Liability Company

      Defendants.

<u>ORDER</u>

This matter comes before the court on the "Unopposed Motion to Withdraw the Kullman Firm as Counsel of Record for Defendant Faneuil, Inc.," filed on August 13, 2025. ECF Nos. 19 ("Motion to Withdraw"), 20 (Memorandum in Support). On August 28, 2025, the court issued an Order taking under advisement the Motion to Withdraw pending further information from the Kullman Firm. ECF No. 21. On September 15, 2025, the Kullman Firm submitted a Supplemental Memorandum in Support of the Motion to Withdraw, which

was accompanied by the Declarations of Nicole Adler and Samuel Zurik. ECF Nos. 22, 22-1 ("Adler Declaration"), 22-9 ("Zurik Declaration"). The Adler and Zurik Declarations were accompanied by various exhibits consisting of privileged communications between the Kullman Firm and Faneuil, Inc. ("Faneuil"), which exhibits the Kullman Firm moved to file under seal for in camera review. ECF Nos. 23 (Motion to Seal). Subsequently, following review of the Kullman Firm's Supplemental Memorandum in Support of the Motion to Withdraw, Plaintiff's Counsel sought and obtained leave to file an Opposition to the Motion to Withdraw. See ECF Nos. 31 (Motion for Leave), 32 (Order Granting Leave). Plaintiff's Opposition to the Motion to Withdraw was filed on October 23, 2025. ECF No. 33. The Kullman Firm then filed a Response in support of its Motion to Withdraw on October 28, 2025. ECF No. 34.

On December 16, 2025, the court granted the Kullman Firm's Motion to Seal. ECF No. 36. After reviewing the parties' filings and completing in camera review of the exhibits to the Adler and Zurik Declarations, the court is satisfied that sufficient grounds may well exist for the Kullman Firm to withdraw from representation of Faneuil. The court remains uncertain, however, that the Kullman Firm's withdrawal can be immediately accomplished without unnecessarily prejudicing the parties and without further

2

disrupting this proceeding before all parties are at issue.[1] Accordingly, the Motion to Withdraw, ECF No. 19, is **DENIED WITHOUT PREJUDICE**. The court will hold a status hearing in early 2026 to address developments in this case, at which time the Kullman Firm may renew its attempt to withdraw from representation of Defendant Faneuil. Alternatively, if new counsel for Faneuil files a notice of appearance before the status hearing is held, the Kullman Firm may renew its attempt to withdraw at such time.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel of record for the parties.

**IT IS SO ORDERED.**

/s/

Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

December 17 , 2025

---

[1] Also on December 16, 2025, the court granted Plaintiff's Motion for Leave to File a First Amended Complaint. ECF Nos. 35 (Motion), 37 (Order). Plaintiff's First Amended Collective and Class Action Complaint was then filed. ECF No. 38 ("Amended Complaint"). The Amended Complaint adds new defendants, as reflected on the docket and in the caption of this Order.