**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| **JONATHAN EMERSON,** individually, and on behalf of others similarly situated, | Civil Action File No. 4:24-cv-137-RBS-LRL |
| Plaintiffs, | |
| vs. | |
| **FANEUIL, INC.**, formerly a Virginia Corporation, **SKYVIEW CAPITAL GROUP MANAGEMENT, LLC**, a Delaware Limited Liability Company, **SKYVIEW CAPITAL, LLC**, a Delaware Limited Liability Company, and **CONTINUUM GLOBAL SOLUTIONS, LLC**, a Texas Limited Liability Company, | |
| Defendants. | |

---

### PLAINTIFF'S STATUS REPORT

On February 17, 2026, the Clerk issued a notice for Plaintiff to file a status report within fifteen (15) days regarding the failure by defendants Skyview Capital Group Management, LLC, Skyview Capital, LLC, and Continuum Global Solutions, LLC to file a responsive pleading. Doc. 44. Since that time, Plaintiff has requested that the Court Clerk place all Defendants (including Faneuil, Inc.) into default, which the Court clerk has properly done.[1] *See* Docs. 45-46.

Currently, Plaintiff's Counsel is preparing a motion for entry of default judgment, as well as a response to Faneuil, Inc.'s motion to set aside entry of default. Doc. 47. The latter will be filed in the coming days and the former as soon as possible thereafter.

Respectfully submitted, this 4th day of March 2026.

*[Signature of Counsel on following page.]*

---

[1] Defendant Fanueil, Inc.'s responsive pleading was due on or before January 6, 2026, but no responsive pleading was ever filed.

**THE ERLICH LAW OFFICE**
*s/ Joshua Erlich*
Joshua Erlich, Esquire
(VA Bar No. 90394)
1550 Wilson Blvd #700
Arlington, Virginia
**Phone:** (703) 791-9087
jerlich@erlichlawoffice.com

**ASH LAW, PLLC**
Charles R. Ash, IV (P73877) (*Admitted*)
43000 W 9 Mile Rd, Ste. 301 PMB 2113
Novi, MI 48375
Phone: (734) 234-5583
Email: cash@nationalwagelaw.com

**RODRIGUEZ LAW PLC**
Oscar Rodriguez (P73413) (*Admitted*)
402 W. Liberty St.
Ann Arbor, MI 48103
Phone: (734) 355-5666
Email:oscar@orodlaw.com